FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ SEP 29 2008 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

      v.

SELDEN FIRE DISTRICT,

      Defendant.

-------------------------------------------------------x

**CIVIL ACTION NUMBER**

CV08    3974

**COMPLAINT**

**JURY TRIAL DEMANDED**

HURLEY, J.

LINDSAY, M.J.

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act, as amended, 29 U.S.C. §621 et seq., to correct unlawful employment practices on the basis of age and to provide appropriate relief to John Mathews and other similarly situated employees of Defendant Selden Fire District. The Equal Employment Opportunity Commission ("EEOC") alleges that the Selden Fire District refused to allow volunteer firefighters age 55 and older to accrue credit towards a "length of service award benefit" in the Selden Fire Department Length of Service Award Program because of their age.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Section 16(c) of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. § 216(c), and Section 17 of the FLSA, 29 U.S.C. §217.

2.      The employment practices alleged to be unlawful were committed within

the jurisdiction of the United States District Court for the Eastern District of New York.

## PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission (the "EEOC"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. §626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4.     At all relevant times, the Selden Fire District has continuously been a public corporation within the State of New York.

5.     At all relevant times, the Selden Fire District has continuously been an employer within the meaning of Section 11(b)  of the ADEA, 29 U.S.C. §630(b).

6.     At all relevant times, the Selden Fire District has continuously been doing business in the State of New York and the County of Suffolk, and has continuously had at least 20 employees.

7.     At all relevant times, the Selden Fire District has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§630(b), (g) and (h).

## CONCILIATION

8.     Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. §626(b).

2

## STATEMENT OF CLAIMS

9.      Since at least October 16, 1992, and continuing since, the Selden Fire District (collectively "Defendants") have engaged in unlawful employment practices in violation of Section 4(a) of the ADEA, 29 U.S.C. §623(a).

10.     Pursuant to New York State law, fire districts may establish a "Length of Service Award Program" ("LOSAP") in which volunteer firefighters earn "service award credit" toward a "service award," a benefit payable when firefighters retire.  New York General Municipal Law §§214-219A.

11.     A LOSAP can only be adopted, amended, and/or terminated by a referendum of the voters of each community covered by the fire district.

12.     Pursuant to state law, fire districts and/or departments adopting a Service Award Program must establish an "entitlement age" at which firefighters become eligible for benefits; the entitlement age cannot be earlier than age 55 or later than the age at which the participant can receive an unreduced benefit under Title II of the Social Security Act, i.e., age 55. New York General Municipal Law §215(4).

13.     Prior to January 1, 1989, the voters of the Selden Fire District approved a referendum adopting a LOSAP for the Selden Fire District firefighters (the "Selden LOSAP").

14.     Since at least January 1, 1989, the entitlement age for the Selden LOSAP has been age 55.

15.     Since at least before October 16, 1992, and continuing through January 1, 2005, Selden Fire District firefighters age 55 and older, including but not limited to Mr. Mathews, could not earn service award credit in the Selden LOSAP, because of their age, in violation of the ADEA.

3

16.     Effective January 1, 2005, the Selden Fire District amended the Selden LOSAP to allow firefighters to earn service award credit without regard to age.  However, the Selden Fire District did not provide that firefighters who turned 55 prior to January, 2005 would receive service award credit for service prior to January 1, 2005, in violation of the ADEA.

17.     The effect of the practices complained of in paragraphs 9 through 16 above has been to deprive Mr. Mathews and other similarly situated individuals age 55 and older of equal employment opportunities and otherwise adversely affect their eligibility to receive employee benefits because of their age.

18.     The unlawful employment practices complained of in paragraphs 9 through 16 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. §626(b).

## **PRAYER FOR RELIEF**

Wherefore, the EEOC respectfully requests that this Court:

A.     Grant a permanent injunction enjoining the Selden Fire District, its officers, successors, assigns and all persons in active concert or participation with it, from discriminating against employees age 55 and over on the basis of age, and any other employment practice which discriminates on the basis of age.

B.     Order the Selden Fire District to institute and carry out policies, practices and programs which provide equal employment opportunities and benefits for older individuals, and which eradicate the effects of its past and present unlawful employment practices.

C.     Grant an order requiring the Selden Fire District to desist and refrain from the practice of refusing to allow volunteer firefighters age 55 and older from becoming members of the Selden LOSAP and refusing to allow volunteer firefighters age 55 and older to accrue

4

credit toward a service award.

D.    Grant a judgment requiring the Selden Fire District to award volunteer firefighters affected by Defendant's illegal policies credit toward a service award in an appropriate amount to be determined at trial.

E.    Grant a judgment requiring the Selden Fire District to pay an appropriate service award in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest, to retired volunteer firefighters whose service awards were denied or reduced as a result of the acts complained of above, including but not limited to Mr. Mathews.

F.    Order the Selden Fire District to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to service award credit for Mr. Mathews and other similarly situated employees age 55 and older.

G.    · Grant such further relief as the Court deems necessary and proper in the public interest.

H.    Award the Commission its costs of this action.

Respectfully submitted,

Ronald S. Cooper
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
1801 L Street, NW
Washington, D.C.  20507

_____
Elizabeth Grossman
Regional Attorney


Lisa Sirkin
Supervisory Trial Attorney

_____
Michael J. O'Brien (MOB-6409)
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, New York  10004
tel:     212-336-3694
fax:    212-336-3623
e-mail: michael.obrien@eeoc.gov

6